UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MCNEES, DAVID BRESSELSMITH, and TONEY A. WHITE, | Case No.: 2:23-cv-01121-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD OLIVER, et al., | |
| Defendants. | |

On July 18, 2023, pro se plaintiffs Charles McNees, David Bresselsmith, and Toney A. White, inmates in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). A couple days later, the plaintiffs filed an amended complaint. (ECF No. 3). A few days after that, Bresselsmith submitted an application to proceed *in forma pauperis*. (ECF No. 5). Neither McNees nor White submitted applications to proceed *in forma pauperis*. Bresselsmith's application to proceed *in forma pauperis* is incomplete because Bresselsmith did not include a completed financial certificate and an inmate trust fund account statement for the previous six-month period with his application. The Court will deny Bresselsmith's application without prejudice and give Bresselsmith the opportunity to correct these deficiencies **by September 22, 2023**. Additionally, both McNees and White need to file fully complete applications to proceed *in forma pauperis* **by September 22, 2023**.

I.     DISCUSSION

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma***

***Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Although only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, each plaintiff must qualify for *in forma pauperis* status. *See Spencer v. Soc. Sec. Admin*., No. 2:20-CV-01304-BNW, 2020 WL 5502159, at *1 (D. Nev. Sept. 10, 2020).

As explained above, Bresselsmith's application to proceed *in forma pauperis* is incomplete. The Court will therefore deny Bresselsmith's application to proceed *in forma pauperis* without prejudice and grant him an extension of time to file a new fully complete application to proceed *in forma pauperis* with all three required documents.  McNees and White also need to file fully complete applications to proceed *in forma pauperis* in this case.  Alternatively, Bresselsmith, McNees, and White may choose to pay the full $402 filing fee for this case.

## II.    CONCLUSION

It is therefore ordered that Bresselsmith's application to proceed *in forma pauperis* (ECF No. 5) is denied without prejudice.

It is further ordered that McNees, Bresselsmith, and White have **until September 22, 2023,** to either pay the full $402 filing fee or each file new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

McNees, Bresselsmith, and White are cautioned that this action will be subject to dismissal without prejudice if they fail to timely comply with this order. A dismissal without prejudice allows McNees, Bresselsmith, and White to refile the case with the Court, under a new case number, when they can file complete individual applications to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiffs McNees, Bresselsmith, and White the approved form applications to proceed *in forma pauperis* for an inmate and instructions for the same and retain the amended complaint (ECF No. 3) but not file it at this time.

DATED this 26th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE