UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONEY A. WHITE, | Case No.: 2:23-cv-01121-APG-DJA |
| Plaintiff | **Order Directing White to File a Second Amended Complaint** |
| v. | |
| RONALD OLIVER, et al. | |
| Defendants | |

Pro se plaintiffs Charles McNees, David Bresselsmith, and Toney A. White jointly initiated this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that they claim they suffered while incarcerated. ECF No. 1-1.  However, after McNees and Bresselsmith failed to file fully complete applications to proceed *in forma pauperis*, I dismissed them without prejudice from this case.  I will permit White to continue this action alone because he filed a fully complete application to proceed *in forma pauperis*.[1]  *See* ECF No. 7.  However, to proceed with this case, White needs to submit a second amended complaint that contains allegations about events that only happened to him.  The second amended complaint will not mention McNees or Bresselsmith.[2]  Additionally, White does not need to include any exhibits with his second amended complaint at this stage of the litigation.  *See* General Order 2021-05 (Oct. 31, 2021).

---

[1] Because White is the only plaintiff who is allowed to proceed in this case, White will be solely responsible for the filing fee in this action.  *See* 28 U.S.C. § 1915.

[2] White is cautioned that he must comply with the District of Nevada's Local Rule IA 10-1(a)(1), (3) and will write no more than 28 lines per page, will double-space his lines, and will write in text size 12 or larger.  I recognize that White is handwriting his documents, but he must write larger than he currently writes and include no more than 28 lines per page.

I therefore order that White file a second amended complaint on or before December 8, 2023, with allegations that only apply to himself. If White fails to timely comply with this order, I will dismiss this action without prejudice.

I defer decisions on White's application to proceed *in forma pauperis* (ECF No. 7), the motion for temporary restraining order (ECF No. 10), and the motion for preliminary injunction (ECF No. 11) until after White submits a second amended complaint.

The Clerk of the Court will send to White the approved form for filing a § 1983 complaint, instructions for the same, a copy of the amended complaint (ECF No. 3), and a copy of the District of Nevada's General Order 2021-05. If White chooses to file a second amended complaint, he should use the approved form and mark "Second Amended Complaint" in the caption.

DATED: November 7, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE