**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONEY A. WHITE, III, | Case No.: 2:23-cv-01121-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| RONALD OLIVER, et al., | |
| Defendants | |

I ORDER the Clerk of Court to electronically serve a copy of Toney White's second amended complaint (ECF No. 18) and his motion for temporary restraining order (ECF No. 10) on the Office of the Attorney General of the State of Nevada. This does not indicate acceptance of service.

I FURTHER ORDER that by February 12, 2024, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motion for temporary restraining order. The defendants shall have until February 26, 2024 to file their response to plaintiff Toney White's motion for temporary restraining order (ECF No. 10). The defendants' response to the motion shall not constitute acceptance of service for any defendant or a waiver of any defenses.

I FURTHER ORDER that plaintiff Toney White has until March 8, 2024 to file a reply.

DATED this 5th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE