**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONEY A. WHITE, III, | Case No.: 2:23-cv-01121-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| RONALD OLIVER, et al., | |
| Defendants | |

I ORDER that interested party Nevada Department of Corrections' motion to extend time (ECF No. 25) is GRANTED. Responses to the motions for injunctive relief are due March 18, 2024. Plaintiff Toney White's reply is due March 26, 2024.

DATED this 28th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE