UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONEY A. WHITE, III,

Plaintiff,

v.

RONALD OLIVER. et al.,

Defendants.

Case No. 2:23-cv-01121-APG-DJA

ORDER

The Parties in this case filed a joint stipulation requesting that the Court vacate the Inmate Early Mediation Conference set on April 16, 2024, and reschedule it. (ECF No. 33 at 1.) When the parties spoke about a possible settlement, Plaintiff Toney White indicated that he would prefer to wait to discuss the settlement of this case because he has a pending state-court case that has a hearing scheduled on April 17, 2024. (*Id.* at 2.) The Parties agree that mediation would not be productive at this time and seek a 60-day extension for the mediation conference.

For good cause shown, the Court **GRANTS** the Parties' request for a 60-day extension for the mediation conference. The Court also **VACATES** the Inmate Early Mediation Conference scheduled for April 16, 2024 (ECF No. 27).

It is ordered that on or before **May 28, 2024**, the parties will file a status report notifying the Court whether the case has settled, whether the parties want to pursue inmate early mediation, or whether this case should proceed onto the normal litigation track.

DATED this 8th day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE