# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY A. WHITE, III,<br><br>    Plaintiff<br><br>v.<br><br>RONALD OLIVER, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01121-APG-DJA<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 48] |

Plaintiff Toney White's motion for an extension of time (ECF No. 48) is granted. White's response to the pending motion to dismiss is due by **September 20, 2024.**

DATED this 21st day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE