# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TONEY A. WHITE,

    Plaintiff,

v.

RONALD OLIVER, *et al.*,

    Defendants.

Case No. 2:23-cv-01121-APG-DJA

**ORDER Granting Extension of Time ECF No. 54**

Plaintiff Toney White's motion for an extension of time (ECF No. 54) is granted. White's reply to the pending motion for order to show cause is due by **October 24, 2024.**

DATED: October 9, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE