TONEY A. WHITE
NDOC NO. 1214172
HIGH DESERT STATE PRISON
POST OFFICE BOX 650
INDIAN SPRINGS, NV,
89070

PLAINTIFF IN PRO SE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORDER GRANTING

| TONEY A. WHITE, | CIVIL ACTION NUMBER 2:23-CV-01121 APG DJA |
|---|---|
| PLAINTIFF | PLAINTIFFS MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT KELLEY PURSUANT TO FED. R. CIV. PROC. R. 41(A)(1)(A). |
| VS. | |
| RONALD OLIVER, ET. AL., | |
| DEFENDANTS. | |

IN ACCORDANCE WITH FED. R. CIV. PROC. RULE 41(A)(1)(A), PLAINTIFF ELECTS TO VOLUNTARILY DISMISS DEFENDANT KELLEY (AKA KELLY) FROM THIS ACTION WITH PREJUDICE.

RESPECTFULLY SUBMITTED,
DATED: NOVEMBER 24, 2024

BY: _____
(TONEY A. WHITE, III)
PLAINTIFF IN PRO SE

IT IS SO ORDERED:

Dated: December 2, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

1/1
24-0247