**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TONEY A. WHITE,

Plaintiff

v.

RONALD OLIVER, et al.,

Defendants

Case No.: 2:23-cv-01121-APG-DJA

**Order**

I previously granted the defendants' motion to stay the case pending the appeal and final judgment in plaintiff Toney White's state court case *McNees, et al., v. Oliver, et al.*, Case No. A-23-872368-C, that was then on appeal under Supreme Court of Nevada case number 91264. ECF No. 73. A review of the state court docket shows the appeal was dismissed as of May 27, 2026.

I THEREFORE ORDER the parties to confer and file a joint status report regarding the impact on this case of the appeal being dismissed and how they intend to proceed in this action. If the parties do not agree, they may each state their position in the joint status report.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE