**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TONEY A. WHITE,

Plaintiff

v.

RONALD OLIVER, et al.,

Defendants

Case No.: 2:23-cv-01121-APG-DJA

**Order Setting Briefing Schedule**

I ordered the parties to confer and file a joint status report regarding the impact on this case of the Supreme Court of Nevada dismissing plaintiff Toney White's appeal in a related state case. ECF No. 74. According to the defendants' status report, White refused to participate in conferring to prepare the status report. ECF No. 75-2 at 2. The notation on the provided exhibit, which I assume is either White's handwriting or a staff member's notes regarding White's position, states that White did not attend a scheduled call with the defendants' counsel because he was "not provided any advance notice prior to hearing to prepare & appear with relevant legal case files." *Id.*

The defendants propose in their status report that dispositive motion briefing be bifurcated to allow the defendants to brief the issue of whether White's claims in this case are precluded by the result in the state court action before having to brief other defenses. Given that this case was stayed to await the resolution of those proceedings, this proposal serves the efficient use of the parties' and court's resources.

I THEREFORE ORDER that by October 13, 2026, the parties may file motions for summary judgment limited solely to the issue of whether White's claims in this case are claim or issue precluded.

I FURTHER ORDER that response and reply briefs are due in the ordinary course.

DATED this 10th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE